1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    SCOTT DUNLOP, individually and as          No. C 12-2362 CW
     guardian ad litem for his minor
5    children, Stephanie Dunlop and            ORDER CONCERNING
     Samantha Dunlop; SANDRA DUNLOP,           MOTION TO STAY THE
6    individually,                             ACTION UNTIL
                                               COMPLETION OF
7              Plaintiffs,                      CONTRACTUAL
                                               ARBITRATION,
8         v.                                    Docket No. 11, AND
                                               MOTION TO COMPEL
9    STATE FARM MUTUAL AUTOMOBILE              ARBITRATION,
     INSURANCE COMPANY and DOES 1-20,          Docket No. 15.
10
               Defendants.
11   ═══════════════════════════════════/

12        The Court, on its own motion, shall take Defendant State Farm

13   Mutual Automobile Insurance Company's motions to stay the action

14   pending completion of arbitration and to compel arbitration under

15   submission on the papers.  The hearings previously scheduled for

16   September 20, 2012 are vacated.  The case management conference

17   set for August 29, 2012 is continued to September 20, 2012 at 2:00

18   pm.

19        Plaintiffs shall respond to both motions in a single

20   opposition brief, not to exceed twenty-five pages, on or before

21   August 13, 2012.  Defendant may submit a single reply brief, not

22   to exceed fifteen pages, on or before August 20, 2012.

23        IT IS SO ORDERED.

24

25   Dated:  8/1/2012                          CLAUDIA WILKEN
                                               United States District Judge
26

27

28

**United States District Court**
For the Northern District of California