IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DUNLOP, individually and as guardian ad litem for his minor children, Stephanie Dunlop and Samantha Dunlop; SANDRA DUNLOP, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-20,<br><br>    Defendants._____/ | No. C 12-2362 CW<br><br>ORDER CONCERNING MOTION TO STAY THE ACTION UNTIL COMPLETION OF CONTRACTUAL ARBITRATION, Docket No. 11, AND MOTION TO COMPEL ARBITRATION, Docket No. 15. |

    The Court, on its own motion, shall take Defendant State Farm Mutual Automobile Insurance Company's motions to stay the action pending completion of arbitration and to compel arbitration under submission on the papers.  The hearings previously scheduled for September 20, 2012 are vacated.  The case management conference set for August 29, 2012 is continued to September 20, 2012 at 2:00 pm.

    Plaintiffs shall respond to both motions in a single opposition brief, not to exceed twenty-five pages, on or before August 13, 2012.  Defendant may submit a single reply brief, not to exceed fifteen pages, on or before August 20, 2012.

    IT IS SO ORDERED.

Dated: 8/1/2012

                                      CLAUDIA WILKEN
                                      United States District Judge